**[This opinion has been published in Ohio Official Reports at 174 Ohio St.3d 211.]**

THE STATE OF OHIO, APPELLEE, *v.* HEFLIN, APPELLANT.

[Cite as *State v. Heflin*, 2024-Ohio-449.]

*Court of appeals' judgment affirmed on the authority of* State v. Daniel *and* State
v. Hacker.

(No. 2022-1637—Submitted February 6, 2024—Decided February 13, 2024.)

CERTIFIED by the Court of Appeals for Wood County, No. WD-22-006.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of
*State v. Daniel*, 173 Ohio St.3d 270, 2023-Ohio-4035, 229 N.E.3d 81, and *State v. Hacker*, 173 Ohio St.3d 219, 2023-Ohio-2535, 229 N.E.3d 38.

KENNEDY, C.J., and DEWINE, STEWART, and DETERS, JJ., concur.

FISCHER and BRUNNER, JJ., concur in judgment only for the reasons set
forth in their separate opinions in *Daniel*.

DONNELLY, J., dissents.

_____

Paul A. Dobson, Wood County Prosecuting Attorney, and David T. Harold,
Assistant Prosecuting Attorney, for appellee.

Jeffrey P. Nunnari, for appellant, Ronnie Heflin.

_____